Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Letitia A. Sikes
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 9 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | **1:25-CR-2047-SAB** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8) |
| ERIC OCAMPO, | Felon in Possession of a Firearm |
| Defendant. | 18 U.S.C. § 924(d)(1), 28 U.S.C. 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about June 26, 2024, in the Eastern District of Washington, the Defendant, ERIC OCAMPO, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a 9mm Polymer 80 pistol, model PF940V2, with no serial number, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation contained in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, ERIC OCAMPO, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense.

DATED this 9ᵀᴴ day of April, 2025.

A TRUE BILL

████████████████████

Foreperson

*Rich Barker*
_____
Richard R. Barker
Acting United States Attorney

*Letitia Sikes*
_____
Letitia A. Sikes
Assistant United States Attorney

INDICTMENT – 2